JUDGE ENGELMAYER             12 CIV 1080

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HETH AND JED COMMUNITY ROCKERS
and HETH WEINSTEIN and JED WEINSTEIN
individually                                    **COMPLAINT**

    Plaintiffs,
                                                JURY TRIAL DEMANDED
CITY OF NEW YORK, P.O. VALDEZ #5842
& OFFICER DOE                                   12 cv

    Defendants.

------------------------------------------------------------X

## NATURE OF ACTION

1. This action is brought by plaintiffs to recover damages for the defendant's unconstitutional refusal to allow plaintiffs their first amendment rights as well as impeded their access to a public forum on the basis of age and perceived sexual orientation.

## THE PARTIES

2. Plaintiff Heth and Jed Community Rockers is a New York Partnership and a resident of the State of New York. Heth and Jed Weinstein are the partners and make their living as "Buskers," musical artists who perform in public for tips.

3. The City of New York is a municipal corporation whose residence is in all five counties of New York City.

4. Defendants are employees of the New York City Police Department, upon information and belief at Transit District 4. Defendant Valdez is a resident of Richmond County.

1

## JURISDICTION AND VENUE

5. Jurisdiction is proper in this district pursuant to 28 U.S.C. § 1331 in that this action arises under the Constitution and laws of the United States, among them 42 U.S.C. § 1983.

6. Venue is properly placed in this district pursuant to 28 U.S.C. § 1391(c) in that the City of New York is deemed to reside in this jurisdiction.

## FACTUAL ALLEGATIONS UNDERLYING PLAINTIFF'S CLAIMS

7. Plaintiffs repeat and reallege the previous allegations as if fully set forth herein.

8. Plaintiffs have been busking since approximately 2004. Busking is a perfectly legal, honest profession. It is not lucrative. The defendants make up to $400 per session, but usually less than $20,000 a year. This is what they love to do, however, and they even published a memoir about it in 2011.

9. Plaintiffs busk wherever they can and where it is legal. It is perfectly legal to busk in the subway, on the mezzanine, so long as it is within a certain decibel level. Transit regulation 1050.6 (3)(4) reads,

> No activity is permitted which creates excessive noise or which emits noise that interferes with transit operations. The emission of any sound in excess of 85 dBA on the A weighted scale measured at five feet from the source of the sound or 70 dBA measured at two feet from a station booth is excessive noise and is prohibited. Notwithstanding any other provision of this section, the use on subway platforms of amplification devices of any kind, electronic or otherwise, is prohibited.

10. Notwithstanding that performing on the mezzanine within a certain decibel level is permitted and legal, police officers in the City have historically and continually enforced 1050.6 (3)(4) to their whim, to the great frustrations of

2

musicians, some of whom go hungry when the police tell them to pack up and move along.

11. In the attempt to promote more harmonious relations among the police, the public and musicians, several years ago, the MTA formed an organization called "Music Under New York" (MUNY). MUNY helps the musicians avoid turf disputes, and assign buskers, or other performers, to certain subway mezzanines at certain times of the day.

12. MUNY also allows artists to "audition" for the program that "allows" the musicians to play in the subway. MUNY is not codified as law. Rather, it is an arm of the MTA that attempts to regulate the time and place of the artists that will appear at any given subway station, some of which, of course, have more traffic and are more lucrative than others.

13. MUNY issues "permits" and schedules the artists, and if one musician has a certificate, he is allowed to bring along someone to perform with him in a duo.

14. In reality, though, the contention that one must obtain a permit from MUNY to perform on the subway – so long as the performance is on the mezzanine and does not exceed decibel levels – is a polite fiction, and one that police officers in New York are not consistently trained in. Therefore, some officers recognize the certificates, others won't, and others recognize them arbitrarily based on their musical taste.

15. Plaintiffs obtained a MUNY permit to perform at Grand Central and have been performing there regularly until defendant Valdez began harassing them in 2010.

16. Specifically in or about the summer of 2010, Valdez starting showing up on the Grand Central Beat and Valdez was exceedingly disrespectful and abusive, interrupting plaintiffs' performances and telling plaintiffs such sundry insults as:

> "You dress like shit."
> "You should cut your hair."
> "You are too old to make it in the music business." (Plaintiffs are in their mid-forties)
> "You're not good enough to be on American Idol."
> "You are dirty."
> "You guys look like a dirty version of the Goo Goo Dolls."

17. Valdez told them in one of his diatribes that he lived on Staten Island because he had seen them playing on the Staten Island ferry on his way home. Friendly banter? Not in the least. "Why do you do this?" Valdez would harangue. "How much do you make?" "Don't you want to do something better?" "Is this your only option?"

18. This happened about four times during 2010 and 2011. At one time, Valdez's partner, a male Asian stood by ignoring the abuse.

19. In or about July 31, 2011, at about 3 PM, Valdez approached plaintiffs while setting up at Grand Central Station on the mezzanine above the 4, 5, & 6 trains.

20. Plaintiffs were not violating any laws and they had been slated for the designated spot for all performers at this location.

21. Valdez told the plaintiffs, "You guys aren't playing here."

22. Plaintiffs asked why and got no answer. Valdez just abused his authority and told them to leave. Afraid that they would be arrested, they complied with the unlawful order and lost their salary for that day. They tried to find another place to busk, but did not and lost what money they might have earned in an evenings' performance.

23. Valdez did this simply as an arbitrary way to exercise his authority and harass these plaintiffs whom he intensely disliked.

24. The next time plaintiffs saw Valdez was on or about September 21, 2011. He again made them leave on the pretext that only Heth and not Jed was on the schedule and they could therefore not play. In fact, this was an irrelevancy. The schedule listed Heth as a matter of abbreviation. The permit was for an amplification device at a time and place in the subway, and a musician is allowed to bring another performer. *The law permits plaintiffs to do what they were doing even without the fictional MUNY permit.* Valdez said that the group could not play, or only Heth could play. However they are a duo.

25. Jed was wearing a gay-pride, rainbow-colored t-shirt, and Valdez wanted Jed out of the subway because Valdez doesn't like the gays.

26. Plaintiffs knew their rights were being violated, and they demanded to know why they were being shut down. Valdez responded, "The Law." "What law?" plaintiffs asked.

27. In response Valdez grabbed his badge, turned it toward them and said, "That's the law right there."

28. Plaintiffs, exasperated at the treatment they had received from Valdez and his partner over the past year, responded, "Oh you think because you have a gun and a badge you can make up the law?"[1]

---

[1] Valdez's partner was not there at the time, however, in the preceding months, plaintiffs had been attacked by some breakdancers who wanted turf and, among other things, spat in Jed's face. Jed brought a videotape of this incident to Doe and insisted a complaint be filed. Plaintiffs had been scheduled for that time and place and demanded an arrest. While plaintiffs might not have been entitled to an arrest,

5

29.   Valdez responded, threateningly, "You're lucky I have a gun and a badge, because if I didn't it would be a different story." This was his way of being tough and saying that if he weren't on duty he'd beat them up.

30.   He repeated that threat, and then refused to state, when asked, which transit rule he was enforcing.

31.   That evening, on plaintiff's Youtube page, Valdez going by the online name as "idgv8314" posted a comment that said, exactly as he had said to them before before, "You guys look like a dirty version of the Goo Goo Dolls who need some sleep."

32.   This was a big mistake for Valdez. Plaintiffs traced idgv8314's comments throughout Youtube, and found that Valdez had long been expressing hate speech on Youtube, having said some dreadfully nasty things.

33.   On a video of a person getting arrested in New York City, he rebutted a charge of police brutality by stating "because they [the police] have to play by the rules so big pussies like you won't yell police brutality. I hope one of them shoots you in the head one day so it won't take so many[.]"

34.   On a video about a report about Sean Bell, a black man who was shot by the police 50 times, and City Council Person Charles Barron was making comments about the police on Fox News. Valdez compared Barron, a black activist, to a gorilla:

> Another thing MR. Barron THE SVAGE LEADER it is department policy not to shoot at a car but, this isnt a department trial, its a criminal trial and NYS Penal Law says you can shoot and a moving car if your life is in danger so go do what you do best swing on a vine and stop gragging your nuckles on the

---

Doe deliberately did not make one because he detested plaintiffs so much and, like Valdez, wanted them out of the subway.

6

floor.

Valdez continued:

> you guys are so fucking stupid, praising fucking low live's [sic]. If you hate The Police so much tell the to leave your neiborhood [sic] and lets see the grace of the BLACK SAVAGES come out. Barron is full of shit I hope to see the SAVAGES act with violence because its going to be a massacre I am going to enjoy because the cops are not going to be doing the bleeding.

He repeated the BLACK SAVAGES comment later, and added:

> If Bell was such a nice person I wonder what his w2's have on it, oh I forgot he was self employed

35. On a music video in which Valdez perceived the performer as homosexual, Valdez stated, "I feel the need to say u r a gay so go smell some man ass or go to Thailand and get urself some little boy to enjoy."

36. On a video entitled "Ice Cream Girl Harrassed by NYPD," during which objective observers videotaped a woman on a bicycle at an ice cream truck was arrested for no reason, Valdez commented,

> Domestic Spying, domestic spying you fucking fagots dont u have anything es [sic] better to do. Fucking critical mass go to Thailand and ease your craving for little boys you bunch of fagots[.]

Then, he later followed up, in response to other commenters who were outraged by the abuse:

> Every liberal fagot [sic] keeps on posting here what she did wrong? Ask the fagot [sic] that post this video why did he start the video at that moment? Ask him to post the entire incident. You bunch of man ass loving liberals, you guys would never pickup a rifle and defend your nation u bucnh [sic] of Frenchwannabes[.]

37. On a video showing a black person being arrested, Valdez stated

> they need to change thug life to SAVAGE LIFE. they will be the destruction of this country, this is their payback for slavery, fuck it up for everyone.

7

SAVAGE LIFE until the day I die[.]

38. Finally, for good measure, in a video post on plaintiffs' Youtube Page entitled, "Homeless girl gets a hand," in which a kind person consoles a homeless person begging in the subway, Valdez stated, "I see that girl buy drugs all the time at Union Square. Comfort my ass you putz." This, and all of Valdez's racist, homophobic and hateful postings are attached hereto as "Exhibit A."

39. After the September 21 incident in which Valdez ejected plaintiffs from the Grand Central, he made a complaint against them to MUNY, telling that organization that they were a threat to the public. Plaintiffs had to meet with officials at MUNY and were allowed to keep their permit, but asked to "take a break" from performing in general and from performing at Grand Central in particular.

40. Plaintiffs agreed to abide by MUNY's suggestion – MUNY is there, after all to act as a liason between the police, the public and the cops – and did not perform at all for a week. They then stayed away from Grand Central, for several months thereafter, including the Christmas season. During Christmas, Grand Central is an especially prime location: not only for tips but for getting gigs by passers by who spontaneously hire plaintiffs to play at Christmas parties. As a result of this "break" plaintiffs felt pressured to take, they lost several thousand dollars in income.

41. After plaintiffs learned that Valdez had made a false complaint about them with MUNY that they were "a menace to the public," they filed two separate reports with the Internal Affairs Bureau about Valdez' harassment of them and his hateful comments on Youtube.

42. The Sergeant taking the complaint encouraged them not to make the complaint about the hate speech. "Don't you guys like your free speech?" he said. Another IAB Detective asked Jed why he thought idgv8314 was Valdez' Youtube account, Jed responded, "I don't think it is his account, I *know* it is his account."

43. Mysteriously, the idgv8314 Youtube account came down within days of the complaints and idgv8314's comments were assiduously removed by either Valdez or other members of the NYPD.

44. In one conversation with officers from the IAB, plaintiffs were told that Valdez had accused plaintiffs of saying "fuck you" to pedestrians on the subway. In fact this was a vicious lie. Plaintiffs are the proverbial singers for their supper; how would it make sense that they would tell the very people they hope to get a dollar from to fuck off.

45. Plaintiffs are 100% certain that idgv8314's comments were Valdez's. First, he repeated the same comments on Youtube that he had said to them in person – that they were "A dirty version of the Goo Goo Dolls." He made this comment on the same day that he forced them out of the subway, September 21, 2011. Second, Valdez's Youtube account, when it was active, identified him as a male Hispanic who lived on Staten Island. Valdez is Hispanic, and told plaintiffs he lived on Staten Island. Third, the comments viciously defend the police – including the one filmed of the homeless girl by Heth in a subway station where Valdez patrols. On that comment, which was made on September 23, 2011, plaintiffs looked at their website network Bandzoogle, and saw that at the time the comment was made, they had a single viewer from Staten Island, New York. Fourth, although in some comments

9

Valdez merely defended the police, in the comments comparing Barron to a gorilla, he cited departmental policy and the New York Penal Law.

46.  But perhaps the *piece de resistance* that proves that idgv8314 was Valdez is that Valdez used that moniker on another websites, including a design website where people can post pictures of their homes and solicit design suggestions, athomewith.com. On that website, Valdez identifies himself as being from Staten Island, and has several pictures of the rooms in his three story townhouse. In some of the pictures, there are family photographs, and in them you can see the physical outlines of Valdez' figure: A muscular bald man, light skinned Hispanic. If all of this does not adds up to a smoking gun that idgv8314 is Valdez, then discovery in this litigation should.

47.  To this day, plaintiffs are afraid to go to Grand Central, and will only go when they believe Valdez is off duty – at night, which is not as lucrative as the rush hour.

48.  On one occasion, Plaintiff Heth was horrified to see Valdez in his residential neighborhood at a restaurant called Green Café. He and John Doe glared at him as he was picking up lunch. Was this a coincidence? Perhaps, but then again, plaintiff had, upon demand, issued his identification to Valdez, so perhaps Valdez had written it down and now, in addition to stalking plaintiffs on the internet, he is stalking them in public. Valdez clearly has a dangerous mind, and he knows of their IAB complaint. Plaintiffs, meanwhile, have to eke out a living and pay their bills without living in fear of a brutally minded cop who enjoys tormenting them.