## FIRST CAUSE OF ACTION
## VIOLATION OF PLAINTIFFS' FIRST AMENDMENT RIGHTS
## 42 U.S.C. § 1983

49.  Plaintiffs repeat and reallege the previous allegations as if fully set forth herein.

50.  Acting under color of state law, defendant repeatedly violated plaintiffs' first amendment rights, by now allowing them access to a public forum where they were following the law, causing injury.

51.  As a result of the foregoing, Plaintiffs has been damaged and demands compensatory, punitive and declaratory relief, and an injunction forbidding defendants from further interfering with their first amendment rights.

## SECOND CAUSE OF ACTION
## FAILURE TO PROTECT PLAINTIFFS' RIGHTS
## 42 U.S.C. § 1983

52.  Plaintiffs repeat and reallege the previous allegations as if fully set forth herein.

53.  Defendant Doe had a duty to intercede and prevent the illegal violation of plaintiff's first amendment rights.

54.  As a result of the foregoing, Plaintiffs have been damaged and demand compensatory and punitive relief.

## THIRD CAUSE OF ACTION
## DENIAL OF EQUAL PROTECTION IN VIOLATION OF 42 U.S.C. § 1983 AND THE FOURTEENTH AMENDMENT BASED ON AGE, SEXUAL ORIENTATION, and BEING IN A CLASS OF ONE

55.  Plaintiff repeats, and realleges each and every previous allegation contained herein.

56.  The conduct of defendants as heretofore described was motivated by

animus against plaintiffs on the basis of perceived sexual orientation and age and being in a class of one.

57. Defendants acted with intent to treat plaintiff disparately on the basis of perceived sexual orientation and age and being in a class of their own.

58. As a direct and proximate result of the misconduct and abuse of authority described above, plaintiff has suffered and will continue to suffer injury and damages, including, inter alia, physical and mental pain and suffering, and mental anguish.

## FOURTH CAUSE OF ACTION
## RETALIATION FOR EXERCISING FIRST AMENDMENT RIGHTS
## 42 U.S.C. § 1983

59. Plaintiffs repeat and reallege each and every previous allegation

60. Defendants retaliated against plaintiffs for exercising their first amendment rights, including playing music in public, insisting on the right to play music in public, and in making a complaint to the IAB.

61. As a result of the aforementioned conduct of the individual defendants, plaintiff's constitutional rights were violated.

## FIFTH CAUSE OF ACTION
## FAILURE TO INSTRUCT, SUPERVISE, AND CONTROL DIRECTED COGNIZABLE UNDER MONNELL AND 42 U.S.C. § 1983
## BY ALL PLAINTIFF AND AGAINST THE CITY OF NEW YORK

62. Plaintiffs repeat and reallege the allegations set forth in all preceding paragraphs as if fully set forth herein.

63. At all times relevant to this complaint, defendants as officers of the City of New York Police Department, was acting under the direction and control of

12

the City of New York, which acted through its agents and employees who were responsible for making policy of the police department, its officers and operations, and the individually named defendants were acting pursuant to either official policy or the practice, custom and usage of the City of New York and its Police Department.

64. Acting under color of law, by and through the policy makers of the City of New York and pursuant to official policy or custom and practice, the City of New York intentionally, knowingly, recklessly, or with deliberate indifference to the rights of the inhabitants of the City of New York, failed to instruct, supervise, control, and/or discipline, on a continuing basis, Defendants in the performance of their duties to refrain from

    a.    violating first amendment rights of performers in the subway;

    b.    failure to accord equal rights to persons perceived to be gay or of an older age.

    c.    Failing to prevent discrimination and violence;

    d.    Failing to screen from its ranks persons of hatred and violence like Valdez.

65. The City of New York had knowledge of or, had it diligently exercised its duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs that were done, as heretofore alleged, or other unlawful or unconstitutional acts, were going to be committed. Defendant City of New York had power to prevent the commission of said wrongs, could have done so, and intentionally, knowingly, or with deliberate indifference to the rights of the inhabitants of the City of New York failed or refused to do so.

66. As a result of the foregoing, plaintiff was deprived of his right to be secure in his person, against unreasonable seizure of his person and against the use of excessive force in violation of the Eighth, Fourth and Fourteenth Amendments of the Constitution and 42 U.S.C. § 1983, and has been damaged.

## SIXTH CAUSE OF ACTION
### VIOLATION OF PROCEDURAL AND SUBSTANTIVE DUE PROCESS
### 42 U.S.C. § 1983

67. Plaintiffs repeat and reallege the allegations set forth in all preceding paragraphs as if fully set forth herein.

68. As a result of the foregoing, plaintiffs' rights to procedural and substantive due process were violated.

69. By virtue of the foregoing, Plaintiff has been damaged.

## SEVENTH CAUSE OF ACTION
### VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS LAW

70. Plaintiffs repeat and reallege the allegations set forth in all preceding paragraphs.

71. A subway station is a public accommodation, to which musicians are allowed to play within a certain decibel level and on the mezzanine.

72. Valdez's failure to treat plaintiffs, because of their age and perceived sexual orientation, is a violation of the New York City Human Rights Law, which protects individuals in public accommodations

73. By virtue of the foregoing, Plaintiffs has been damaged.

## EIGHTH CAUSE OF ACTION
### VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS LAW
### DISCRIMINATORY HARASSMENT UNDER CHAPTER 6

74. Plaintiffs repeat and reallege the allegations set forth in all preceding paragraphs.

75. Plaintiffs were continually harassed discriminatorily by Valdez on the basis of their age and perceived sexual orientation.

76. By virtue of the foregoing, Plaintiffs has been damaged, and seeks an injunction requiring Valdez to cease and desist harassing them.

## NINTH CAUSE OF ACTION
## DEFAMATION

77. Plaintiffs repeat and reallege the allegations set forth in all preceding paragraphs.

78. Shortly after the September 21 incident, Valdez made the following statements:

> --That plaintiffs were a menace to the public (to individuals at MUNY)
> --That plaintiffs told other pedestrians to fuck off, or words to that effect, to IAB.

79. These statements were not opinion and defendant knew they were false; he merely wished to injure their reputation and cause economic harm on them.

80. As a result of the foregoing, Plaintiffs have been damaged by having to "take a break" from performing at all for a week and then Grand Central for several months. They also suffered per se damages.

**WHEREFORE**, Plaintiffs demand as follows:

A. Compensatory damages;

B. Punitive damages to be determined by the trier of fact;

C. Cost of suit and attorneys' fees pursuant to 42 U.S.C. § 1988 and the New York City Human Rights Law;

D. Appropriate injunctive relief;

E. Such other relief as the Court may deem just and proper.

Dated:   New York, New York
         February 9, 2012

/s/
GREGORY ANTOLLINO (GA 5950)
Attorney for Plaintiff
18-20 WEST 21ST STREET, Suite 802
New York, NY 10010
(212) 334-7397

15

funny film
therev973   3 years ago

The sad thing is a white man who shoots at the police is called suicide by cop. There are never 50 shots fired at them. Case after case you find unarmed minorities shot 40+ times. How do you explain this. It has happened more than once to blacks. Name one high profile unarmed white suspect shot 40+ times. Sadly we have a race problem in this country there is no other way to explain it.
blade9r   3 years ago

Another thing MR. Barrone THE SVAGE LEADER it is department policy not to shoot at a car but, this isnt a department trial, its a criminal trial and NYS Penal Law says you can shoot and a moving car if your life is in danger so go do what you do best swing on a vine and stop gragging your nuckles on the floor.
ldvg8314   3 years ago

you guys are so fucking stupid, praising fucking low live's. If you hate The Police so much tell the to leave your nelborhood and lets see the grace of the BLACK SAVAGES come out. Barron is full of shit I hope to see the SAVAGES act with violence because its going to be a massacre I am going to enjoy because the cops are not going to be doing the bleeding.
ldvg8314   3 years ago

YouTube - Broadcast Yourself.

http://www.youtube.com/all_comments?v=qbkwE-XgZPI&page=2

2 matches    idvg8314

repulsive music there ! PEACE BITCH
DBabyy93 2 years ago

pepe pepe :p
kingrique56 2 years ago

what does pepe mean?
PUGS1688 2 years ago

its a name
jerrydiddy 2 years ago

this is a reagge beat
Radine2685 2 years ago

I hate this fucking song so i felt the need to comment it to tell everyone how much i hate it !
DBabyy93 2 years ago

-.-'
Upload1245 2 years ago

I feel the need to say u r a gay so go smell some man ass or go to Thailand and get urself some little boy to enjoy
idvg8314 2 years ago

I agree ^_^
PrisHarrisonUniverse 2 years ago

U R GAY!!!!!!!
djblackmax 2 years ago

ayy me encanto dominicanos.
chickenphfantom 2 years ago

U R GAY!
JVyarkee2008 2 years ago

omg this is the song they be singing at my school...haha this song is funny.... lmfao hahah XD! I hate regaeton faggots =p
LegendLight13 2 years ago

hahahaaa(: pepe pepe pepe!
JAJA94544 2 years ago

un colon veo veo veo
cloud123sam 2 years ago

PEPE PEPE PEPE!
michigamusic4life 2 years ago

ma friend does dat shit afta it says neeee neeee neee nee n dev talk maaad fast





YouTube - Broadcast Yourself.

http://www.youtube.com/all_comments?v=iPVn_EtDZ0s&email=comment_approve

You Tube

Search   Browse   Movies   Upload   hethandjed

**homeless girl gets a hand**
0:18
Added: 10 months ago
From: hethandjed
Views: 763

Sort by time | Sort by thread (beta)

All Comments (2)                                                           see all

I see that girl buy drugs all the time at Union square, comfort my ass you putz      Remove  **Approve**
idvg8314 17 minutes ago                                                                     Pending approval

Yay. Society's least useful demographic is breeding.
JapsEye2 10 months ago

Should've kept her vagina shut. Darwin is cruel, but he's fair.
SovietDouchebag 10 months ago 2

View all Comments »

Help  About  Press & Blogs  Copyright  Creators & Partners  Advertising  Developers  Safety  Privacy  Terms
Report a bug  Try something new!  Language: English  Location: Worldwide  Safety mode: Off

http://www.youtube.com/inbox?feature=mhee&folder=messages#inbox/1

YouTube - Broadcast Yourself.

# YouTube

Search | Browse | Movies | Upload

Subscriptions | Insight | **Messages** | Account Settings

hethandjed

My Videos & Playlists | My Channel | Video Editor | Create Videos

## Messages

Compose

### Inbox

1-11

- Personal Messages
- **Inbox (9)**
- Shared with You
- Comments (6)
- Friend Invites (3)
- Video Responses
- Sent

Address Book »

Delete

| | From | Subject | Date |
|---|---|---|---|
| ☐ | idvg8314 | **Approval required for comment on homeless girl gets a hand** | 09/23/11 |
| ☐ | idvg8314 | **Comment on your video: New York City Street Performing Quietly Outlawed** | 09/23/11 |
| ☐ | idvg8314 | Approval required for comment on Heth and Jed jamming in the Subway (Grand Central) with some twisted Doors riffs | 09/21/11 |

You guys look like a dirty version of the Goo Goo Dolls who need some sleep

Heth and Jed jamming in the Subway (Grand Central) with some twisted Doors riffs
HETH AND JED WEINSTEIN: ✔Buskers. ✔Rockers. ✔Authors

Order our memoir: Buskers at http://tinyurl.com/3ege37w

Follow Heth and Jed on Twitter http://www.twitter.com/heth...

Visit the Official Website http://www.hethandjed.com

Become a Fan on Facebook http:...

See all comments
Approve | Ignore

| | | | |
|---|---|---|---|
| ☐ | reichstag10 | **Comment on your video: World Trade Center Rebuild looking good. 3/27/11** | 09/21/11 |
| ☐ | bricktownfiredept | **Comment on your video: Massive FDNY and NYPD, Response to Metro North Train Derailment (Raw Footage)** | 09/20/11 |
| ☐ | tenevis | **Friend invitation from tenevis** | 09/20/11 |
| ☐ | MeisterHEIZ | **Friend invitation from MeisterHEIZ** | 09/19/11 |
| ☐ | stargirlsusan | **Comment on your video: New York City Earthquake Building Evacuation 2011** | 09/16/11 |